**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| CHARLENE COOPER | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 14-11846 MDC |

**ORDER**

**AND NOW,** this 8th day of April 2019, upon consideration of the Chapter 13 Standing Trustee's Application to Terminate Wage Order, it is hereby

**ORDERED,** that the wage order previously entered in this case, directing **Temple University Hospital** to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

BY THE COURT

*Magdeline D. Coleman*

**HON. MAGDELINE D. COLEMAN**
**BANKRUPTCY JUDGE**

cc:    **Debtor**
**Charlene D. Cooper**
3340 N. Bouvier Street
Philadelphia, PA 19140

**Debtor's Employer**
Temple University Hospital
2450 W. Hunting Park Avenue
Philadelphia, Pa. 19129

**Debtor's Counsel**
**DAVID M. OFFEN**
601 Walnut St. Ste. 160 West
Philadelphia, PA 19106

William C. Miller, Esquire
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105