United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-11846-mdc
Charlene D. Cooper                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Apr 08, 2019
                          Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.
db             +Charlene D. Cooper,   3340 N. Bouvier Street,   Philadelphia, PA 19140-4921
               +Temple University Hospital,   2450 W. Hunting Park Avenue,   Philadelphia, PA 19129-1398

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      DAVID M. OFFEN    on behalf of Debtor Charlene D. Cooper dmo160west@gmail.com,
       davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
       bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
       dmaurer@pkh.com;mgutshall@pkh.com
      LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
       dmaurer@pkh.com;mgutshall@pkh.com
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
       bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
                                                                                                                                                                  TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    **CHARLENE COOPER** :
:
:
                  **Debtor(s)** :    Bankruptcy No. 14-11846 MDC

**ORDER**

    **AND NOW,** this 8th day of April 2019, upon consideration of the Chapter 13 Standing Trustee's Application to Terminate Wage Order, it is hereby

    **ORDERED,** that the wage order previously entered in this case, directing **Temple University Hospital** to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

                                        **BY THE COURT**

                                        */s/ Magdeline D. Coleman*
                                        _____
                                        **HON. MAGDELINE D. COLEMAN**
                                        **BANKRUPTCY JUDGE**

cc:    **Debtor**
       **Charlene D. Cooper**
       3340 N. Bouvier Street
       Philadelphia, PA 19140

       **Debtor's Employer**
       Temple University Hospital
       2450 W. Hunting Park Avenue
       Philadelphia, Pa. 19129

       **Debtor's Counsel**
       **DAVID M. OFFEN**
       601 Walnut St. Ste. 160 West
       Philadelphia, PA 19106

       William C. Miller, Esquire
       Office of Chapter 13 Standing Trustee
       P.O. Box 1229
       Philadelphia, PA 19105