United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-11846-mdc
Charlene D. Cooper                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2                Date Rcvd: Apr 16, 2019
                            Form ID: 138NEW        Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
```
db            +Charlene D. Cooper,    3340 N. Bouvier Street,    Philadelphia, PA 19140-4921
13295747      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13275373     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
               Arlington, TX   76096)
13261516      +Aes/Pheaa-Keycon,    1200 N 7th St,    Harrisburg, PA 17102-1419
13271930      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
13267755      +AmeriCredit Financial Srvs, Inc. dba GM Financial,    PO Box 183853,
               Arlington, Texas 76096-3853
13261520      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13261522       City of Philadelphia,    Code Violation Enforcement,    P.O. Box 56318,
               Philadelphia, PA 19130-6318
13286682      +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13289283      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13607716       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13261525      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13261527      +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13261529       Montgomey County Detective Bureau,    Attn: Bad Check Restitution Program,
               One Montgomery Plaza - Suite 502,    PO Box 311,    Norristown, PA 19404-0311
13288034      +PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
13261533       Philadelphia Parking Authority,    Red Light Camera Program,    PO Box 742503,
               Cincinnati, OH 45274-2503
13261534      +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13261536       Safe Home,   Rocky Hill, CT 06067
13293238      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13261537      +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13261538      +Temple University Hospital,    3401 N. Broad Street, 1st Floor,    Philadelphia, PA 19140-5189
13261539      +Thd/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13261541      +Vacation Charters Ltd.,    PO Box 547-B,    Lake Harmony, PA 18624-0819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Apr 17 2019 03:17:14     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2019 03:16:34
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2019 03:16:54     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:20:58     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13261518       E-mail/Text: legal@arsnational.com Apr 17 2019 03:16:07     ARS National Services, Inc.,
               P.O. Box 463023,    Escondido, CA 92046-3023
13368595       E-mail/Text: megan.harper@phila.gov Apr 17 2019 03:17:13     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13261519      +E-mail/Text: clientrep@capitalcollects.com Apr 17 2019 03:17:58     Capital Collection Svc,
               Po Box 150,    West Berlin, NJ 08091-0150
13261521      +E-mail/Text: bankruptcy@philapark.org Apr 17 2019 03:17:23     City of Philadelphia,
               Parking Violations Branch,    P.O. Box 41819,    Philadelphia, PA 19101-1819
13261523       E-mail/Text: documentfiling@lciinc.com Apr 17 2019 03:15:53     Comcast Cable,    P.O. Box 3006,
               Southeastern, PA 19398-3006
13261524      +E-mail/Text: electronicbkydocs@nelnet.net Apr 17 2019 03:16:39     Dept Of Education/Neln,
               121 S 13th St,    Lincoln, NE 68508-1904
13307084       E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:21:21     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13261530      +E-mail/Text: Bankruptcies@nragroup.com Apr 17 2019 03:17:27     National Recovery Agen,
               2491 Paxton St,    Harrisburg, PA 17111-1036
13300865      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 17 2019 03:16:06     PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13261531      +E-mail/Text: blegal@phfa.org Apr 17 2019 03:16:39     Pa Housing Finance Age,    211 N Front St,
               Harrisburg, PA 17101-1406
13261532      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 17 2019 03:16:06     Peco Energy,
               2301 Market Street,    Philadelphia, PA 19103-1380
13287573       E-mail/Text: electronicbkydocs@nelnet.net Apr 17 2019 03:16:39
               US Dept of Education c/o Nelnet,    U.S. Dept of Education,    3015 South Parker Road Suite 400,
               Aurora CO 80014-2904
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Apr 16, 2019
                               Form ID: 138NEW              Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13261540       +E-mail/Text: External.Collections@phoenix.edu Apr 17 2019 03:17:19      University Of Phoenix,
                 4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1950
13261542       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 17 2019 03:15:53
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13261543        E-mail/Text: megan.harper@phila.gov Apr 17 2019 03:17:13      Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
13261526        Lamar Nesmith
cr*             ECMC,   P.O. BOX   16408,    ST. PAUL, MN  55116-0408
13261517*      +Aes/Pheaa-Keycon,    1200 N 7th St,    Harrisburg, PA 17102-1419
13261528*      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13261535*      +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
                                                                                            TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Charlene D. Cooper dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Charlene D. Cooper

　　　　Debtor(s)

Bankruptcy No: 14–11846–mdc
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

　　1. The Standing Chapter 13 Trustee has filed his final report and account.

☑　　2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑　　3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

　　4. All objections must be filed with the Clerk at the following address:

　　　　900 Market Street
　　　　Suite 400
　　　　Philadelphia, PA 19107

　　5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.


　　　　　　　　　　　　　　　　　　　　　　　　For The Court
　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 4/16/19

　　　　　　　　　　　　　　　　　　　　　　　　　　　　76 – 74
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 138_new