*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Charlene D. Cooper                                                                                           Case No: 14–11846–mdc

    Debtor(s)

___

*NOTICE OF CHAPTER 13 CASE CLOSED*
*WITHOUT DISCHARGE*

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

For The Court

Dated: 6/5/19

Timothy B. McGrath
Clerk of Court

81
Form 206