Certificate Number: 12433-PAE-DE-033220363

Bankruptcy Case Number: 14-11846



12433-PAE-DE-033220363

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2019, at 2:49 o'clock PM EDT, Charlene Denise Cooper completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 7, 2019                By:   /s/Lance Brechbill

Name: Lance Brechbill

Title:  Teacher