IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re    Charlene D. Cooper    )    Chapter 13
      Debtor    )
          )    No. 14-11846-MDC
          )
          )

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Reopen Chapter 13 Case for the Limited Purpose of Entering an Order of Discharge and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtors

Date: 8/23/19